UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR RENOWITZKY,** | Case No. 4:21-CV-2645-YGR |
| Plaintiff, | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| vs. | Re: Dkt. No. 20 |
| **DRISCOLL'S VALENCIA STREET SERRA MORTUARY, ET AL.,** | |
| Defendants. | |

The Court has entered the Consent Decree and Order. (Dkt. No. 20.) Accordingly, it is **ORDERED** that this case is **DISMISSED** and any case management dates set in this matter are **VACATED**. The Court shall retain jurisdiction over this matter for the execution and enforcement of the parties' agreement. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that this case should be reopened, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: October 13, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE